_ FILED    _ LODGED
_ RECEIVED    _ COPY

NOV 0 5 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT DISTRICT Of ARIZONA

Angela Nails,
   Plaintiff,

Vs.

National University aka North Central University,
Professor Cory
Professor Melodi Guilbault,
   Defendant's,

Cause Number

CV24-03065-PHX-MTL

## COMPLAINT EDUCATION FUNDING

North Central University owes the return of funding to title IV and the filing party a refund. The filing party was enrolled in graduate course completion off several assignments up finishing to earning a doctor degree five courses until completion and having a finial degree. The complaint decision was to transfer into the education department degree program for Education K-12. The filing party was approved by the program of education to transfer from the business program as an educator enrolled in ED course completion assignments. Once finished with the first course before enrolling in the second ED course the filling party was not enrolled the financial aid was not part of the filing financial history account shows tuition and stipend this happened based on financial history review when there is a balance students cannot change to a new degree program career when there is a financial aid statement balance owing it was more than two months before the filing party begins the first ED course work. The financial aid statement balance required by the transfer ED department before any first course assignments are worked on and the transfer to from any new program of study the financial aid review balance shows zero should be shown at the balance of zero done. The filing complaint was not given the proper reviews nor was there any refunds. The owing finical balance is two business courses one ED course with addition is the filing party stipend is added to the outstanding balance $12,000.00 .

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE LRCwP 5.4
      (Rule Number/Section)

The Plaintiff is seeking damages in this court, this court has the jurisdiction over the case for subject matter is University Education Course Program the jurisdiction for the parties is Diversity the two parties live in different states and the monetary damages of this court jurisdiction in the amount of $75.000.00 the Plaintiff damages are over $75,000.00.

The Plaintiff is an ongoing student of education. The Plaintiff enrolled into a Dissertation course the

Defendant course the Plaintiff was to take to continue to research the Plaintiff Doctoral level degree in Business. The Defendant was teaching a CMP Course which is a beginner course every Doctoral Student takes who has a 3.0 GP. The course it is comp course for learning how to write a Dissertation paper. The course is for students to make writing progress before going into the other four Dissertation courses. The other four Dissertation course finalize the student Doctor student Degree success and the student will receive the Business Doctors Degree after the student has completed all the five Dissertation course work for Doctoral Business Degree Dissertation course work  Program. The Plaintiff complaint is the Defendant was asking in a email in week 1 is the weeks assignments earn a grade, the feedback from the Defendant was none of the course work would earn a grade. The Plaintiff prepared the assignment work to be a route assignment work without earning a letter grade and to use the weekly feedback from the Defendant to be used for review for the second Dissertation course once the Defendant has

completed the CMP course work in the Defendant course. The second thing the Defendant did was state in the week 2 no assignments could be resubmitted without permission from the Defendant and stated in the email week 8 is graded and effects the student GPA. The Plaintiff had resubmitted updates from week 1 after the week 1 was graded by the Defendant the Plaintiff improved the second part of week 1 assignment but not the first part of week 1 assignment even when talking to a education working with students assignments stated my Auto biology was stated in the assignment correctly the Defendant state the Auto biology was not improved when resubmitting week 1 assignment just the second resubmission of week 1 assignment was improved. It was about week 5 or week 6 when the Defendant wrote the Plaintiff was not writing a graduate level writing. At the completion of the week 8 the Defendant noted to the Plaintiff in an email of the progress of the Plaintiff has improved from the week 1 though week 7 assignments that where not graded assignments. But was not graded with improvement the Defendant graded the Plaintiff with a 23 out of 30 a C. The Plaintiff can only receive A, B, or F for the week 8 assignment the only weekly assignment graded. The Plaintiff was given an F for efforts of improvement from the week 1through week 7 assignment when the student was told the weekly assignment where not written at a graduate level writing. The Plaintiff email the Defendant asking to resubmit week 8 with updates from the feedback of the Defendant. The Defendant email the Plaintiff answering no in the email from the Defendant the Defendant said for the Plaintiff to follow the Plaintiff financial advisors advise and appeal. The Defendant email stated to the Plaintiff resubmissions do not to improve grades. Yes, resubmissions do improve the student grade. If the resubmission is approved by the instructor or the student appeal is approved the Graduate student will be allowed a resubmission of the assignment lowering the student GPA from 3.0.

The Plaintiff grade was a failing grade and there is three grades in the COM course a student can receive are A, B, failing grade. The Plaintiff files the complaint against the Defendant because the Defendant makes up the Defendant own grading system moving away from 100% to 0 using 30 to 0. The Education grading scale system for the school pacific . The student Syllabus states the grading scale begins with 100% points. Grading all levels of education assignment, the Course Syllabus begin with 100%. The Defendant mislead the Plaintiff to think the Plaintiff week 1 through week 8 assignments would not be graded. The Plaintiff checked back with the Defendant, the Plaintiff asked the Defendant are assignments graded the Defendant sent back in a email, in week 2 again if any of the week 8 is graded and changes your GPA. Defendant week 8 is the only assignment graded and effects the student GPA. The feedback from the Defendant in an email the Plaintiff level of improvement from week 1 through week 7 assignment for week 8 the Defendant state improvement from the Plaintiff but gives the Plaintiff a failing grade even from the improvement feedback the Plaintiff made maximum improvement in the Defendant feedback to the Plaintiff. The Plaintiff grade earn was an A in the sight of the Plaintiff it is from the written feedback week 1, during week 5 or week 6 and week 8 feedback. In the Defendant feedback for week 8 the Plaintiff did not provide levels of research. The Plaintiff provide all levels of research in all four of the levels of research the Defendant feedback stated the Plaintiff did not reach the level of research for week 8 Dissertation assignment paper. The Defendant feedback from feedback from week 5 or week 6 into week 8 feedback to the Plaintiff improvement. And the email for which the Defendant states no resubmission will allow for a grade. A school appeal does allow for resubmission of assignments to be resubmitted for a better grade.

## DAMAGES

Compensation, punitive and harassment the damages $150,000.000.00. The filing party has been harmed by North Central University. The filing party is not able to attend future educational program courses and is forced to sign a balance repayment. The financial aid balance review of funding owed a funding review showed no balance owed. The filing party application for enrollment to start a new degree program was not rejected and it is the fault of the program degree department change to complete review checks is there any financial aid balance showing owing.

## ADDRESS

8667 East Hartford Drive #100 Scottsdale, AZ 85225.

ANGELA NAILS
10708 EGMONT ROAD
SAVANNAH, GEORGIA 31406

NOTICE

TUnited States Postal mail was used Oct 30, 2024, to the Court Clerk's office 401 West Washington Street #10, Phoenix, AZ 85003.

Angela Nails
ANGELA NAILS
10708 EGMONT ROAD
SAVANNAH, GA 31406