MIME–Version:1.0 From:azddb_responses@azd.uscourts.gov To:azddb_nefs@localhost.localdomain Message–Id: Subject:Activity in Case 2:24–cv–03065–MTL Nails v. National University et al Clerks Judgment Content–Type: text/html

*This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.*
*\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.*

U.S. District Court

### DISTRICT OF ARIZONA

## Notice of Electronic Filing

The following transaction was entered on 11/22/2024 at 3:51 PM MST and filed on 11/22/2024

| | |
|---|---|
| **Case Name:** | Nails v. National University et al |
| **Case Number:** | 2:24–cv–03065–MTL |
| **Filer:** | |
| **WARNING: CASE CLOSED on 11/22/2024** | |
| **Document Number:** | 6 |

**Docket Text:**
**CLERK'S JUDGMENT** – Pursuant to the Court's order filed November 22, 2024, Plaintiff to take nothing, and the complaint and action are dismissed without leave to amend. (REK)

[Stamp: ✓ FILED / DEC 2 0 2024 / CLERK U S DISTRICT COURT / DISTRICT OF ARIZONA / BY ___ DEPUTY]

2:24–cv–03065–MTL Notice has been electronically mailed to:

2:24–cv–03065–MTL Notice will be sent by other means to those listed below if they are affected by this filing:

Angela Nails
10708 Egmont Rd.
Savannah, GA 31406

[Stamp: THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT. REFERENCE CIVLR 54, 7.1(a)(1), (2),(3) (Rule Number/Section)]

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=11/22/2024] [FileNumber=26748122 –0] [2c705ac9b35ce2a70aec7c69672308dea4d1f0f5ad182cea17af6ba4d7c6cc327 143d8f5afd4b5ed2ab05142331ff10cfece19fadf5811ee154069e84798fce9]]

*(Handwritten annotation):* ✗ The Plaintiff wishes the Court to notice, without prejudice pursuant to the Education so. The Plaintiff can file a case in the proper court jurisdiction.